Jon V. Harper
HARPER LAW, PLC
P.O. Box 581468
Salt Lake City, UT  84158
Tel. (801) 910-4357
Email: jharper@jonharperlaw.com

Jordan Lewis (*pro hac vice*)
JORDAN LEWIS, P.A.
4473 NE 11th Avenue
Fort Lauderdale, FL 33334
Tel. (954) 616-8995; Fax (954) 206-0374
Email: jordan@jml-lawfirm.com

Eleanor Hamburger (*pro hac vice*)
Richard E. Spoonemore (*pro hac vice*)
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ele@sylaw.com
Email: rick@sylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.H.B. by and through his father, KRISTOPHER D. B., individually, and on behalf of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 2:18-cv-00795-CW<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br><br>District Judge Clark Waddoups |

By way of stipulation through their undersigned counsel, the parties hereby move under Rule 41(a) for an order dismissing the above matter with prejudice. A proposed order of dismissal with prejudice is attached herewith.

DATED: May 12, 2020.

    /s/ *Jon V. Harper*
Jon V. Harper
HARPER LAW, PLC
P.O. Box 581468
Salt Lake City, Utah 84158
Tel. (801) 910-4357
Email: jharper@jonharperlaw.com

Jordan Lewis (*pro hac vice*)
JORDAN LEWIS, P.A.
4473 NE 11th Avenue
Fort Lauderdale, FL 33334
Tel. (954) 616-8995
Fax (954) 206-0374
Email: jordan@jml-lawfirm.com

Eleanor Hamburger (*pro hac vice*)
Richard E. Spoonemore (*pro hac vice*)
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Fax (206) 223-0246
Email: ele@sylaw.com
Email: rick@sylaw.com

*Attorneys for Plaintiffs*

DATED: May 12, 2020.

      */s/ Chris Martinez*
Chris Martinez (11152)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
Phone: (801) 933-7360
Fax: (801) 933-7373
Email: martinez.chris@dorsey.com

Jennifer S. Romano (*pro hac vice*)
Andrew Holmer (*pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Phone: (213) 622-4750
Fax: (213) 622-2690
Email: jromano@crowell.com
Email: aholmer@crowell.com

April N. Ross (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: (202) 624-2500
Fax: (202) 628-5116
Email: aross@crowell.com

*Attorneys for UnitedHealthcare Insurance Co.*